JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 21-2042 JGB (SHKx)** | Date | February 2, 2022 |
|---|---|---|---|
| Title | *Sebrenda Allen, et al. v. National General Insurance Co., et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**  **Order (1) APPROVING the Parties' Stipulation to Remand (Dkt. No. 9); (2) DENYING AS MOOT Plaintiffs' Motion to Remand (Dkt. No. 10); and (3) VACATING the February 7, 2022 Hearing (IN CHAMBERS)**

Before the Court are the parties' stipulation to remand the action ("Stipulation," Dkt. No. 9) and Plaintiffs' motion to remand ("Motion," Dkt. No. 10.) The Court finds these matters are appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15. The parties assert that complete diversity of citizenship does not exist and that the action was removed in error. (Stipulation ¶¶ 3–4.) Having considered the Stipulation and the papers filed in support of and in non-opposition to the Motion, the Court agrees. Accordingly, the Court APPROVES the Stipulation and REMANDS the case to the Superior Court of California for the County of San Bernardino. The Motion is DENIED AS MOOT and the hearing set for February 7, 2022 is VACATED.

**IT IS SO ORDERED.**